UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Mark Fluga,

    Plaintiff,                                        Case No. 2:16-cv-238

vs.                                                  Hon. Janet T. Neff
                                                   Mag. Judge: Timothy P. Greeley

Weltman Weinberg, & Reis Co. of Michigan,
a Michigan corporation,

    Defendant.

_____

**STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT FEES OR COSTS**

        Plaintiff Mark Fluga and Defendant Weltman Weinberg, & Reis Co. of Michigan, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of this matter with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| /s/ Travis L. Shackelford | /s/ Stuart A. Best (w/ permission) |
| Travis L. Shackelford (P68710) | Stuart A. Best (P40744) |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | 2155 Butterfield, Suite 200-S |
| Southfield, Michigan  48034 | Troy, MI, 48084 |
| (248) 353-2882 | (248) 362-6100 |
| travis@micreditlawyer.com | sbest@weltman.com |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Mark Fluga,

    Plaintiff,

vs.

Weltman Weinberg, & Reis Co. of Michigan,
a Michigan corporation,

    Defendant.

Case No. 2:16-cv-238

Hon. Janet T. Neff
Mag. Judge: Timothy P. Greeley

_____

**ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT FEES OR COSTS**

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice and without fees or costs to either party.

Date: _____

                                                          _____
                                                       Judge of United States District Court